IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TREVOR SPIVEY**                                                                                                       **PLAINTIFF**

**V.**                                                                                                     **NO. 4:22-CV-107-DMB-DAS**

**YOUNG'S ENTERPRISE 1, LLC;**
**RICKEY LANE YOUNG; and**
**JOHN DOES 1-5**                                                              **DEFENDANTS**

## ORDER

On April 20, 2023, Young's Enterprise 1, LLC, and Rickey Lane Young filed a motion to dismiss (1) with prejudice "any and all causes of action now or hereafter made by" Trevor Spivey against them, "with each party to bear their respective costs;" and (2) without prejudice their counterclaim against Spivey, "with each party to bear their respective costs." Doc. #41 at 2. As cause, they represent that the parties have reached an agreement to settle and dismiss with prejudice Spivey's claims against them and "[a]s part of this settlement agreement," they agreed to dismiss their counterclaim against Spivey without prejudice. *Id.* at 1.

Based on the settlement reached, the motion to dismiss [41] is **GRANTED**. Any and all causes of action by Spivey against Young's Enterprise 1 and Young are **DISMISSED with prejudice**. Young's Enterprise 1 and Young's counterclaim against Spivey is **DISMISSED without prejudice**. Each party is to bear its respective costs. A judgment will issue accordingly.

**SO ORDERED**, this 24th day of April, 2023.

                                                                                     /s/Debra M. Brown
                                                                                     **UNITED STATES DISTRICT JUDGE**