**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TREVOR SPIVEY**                                                                   **PLAINTIFF**

**V.**                                                           **NO. 4:22-CV-107-DMB-DAS**

**YOUNG'S ENTERPRISE 1, LLC;
RICKEY LANE YOUNG; and
JOHN DOES 1-5**                                             **DEFENDANTS**

## JUDGMENT

In accordance with the order issued this day, any and all causes of action by Trevor Spivey against Young's Enterprise 1, LLC, and Rickey Lane Young are dismissed with prejudice; and Young's Enterprise 1 and Young's counterclaim against Spivey is dismissed without prejudice. Each party is to bear its respective costs.

**SO ORDERED**, this 24th day of April, 2023.

                                                                **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**